LIBBIE HECHLER, APPELLANT, v. THE ALLEMANIA LODGE, ETC., RESPONDENT.

Judgment affirmed, on opinion of MERWIN, J., at the Circuit, in the case of Wagner.

ELIZA WAGNER, RESPONDENT, v. SAME, APPELLANT.

The like decision.

---

W. HUDSON STEPHENS, AS EXECUTOR, ETC., OF ABEL D. BENT, DECEASED, RESPONDENT, v. RUFUS B. WAITE, APPELLANT.

Judgment reversed and new trial ordered before another referee, with costs to abide the event, unless plaintiff stipulates to deduct from the judgment the sum of $6.72, with interest from September 4, 1878, and the sum of $70, with interest from November 30, 1874, in which case the judgment so reduced is affirmed, without costs of this appeal to either party.

Opinion by HARDIN, J

---

ALIDA J. DAVIS AND MOSES C. DAVIS, APPELLANTS, v. WILLIAM S. CLARK, AS EXECUTOR, ETC., OF LAUREN B. GODFREY, DECEASED, RESPONDENT.

Decree of the surrogate affirmed, with costs of the appeal to be paid by the appellants.

---

JOHN B. HAHN AND OTHERS, AS SURVIVORS, ETC., RESPONDENTS, v. JOHN MAUDER, APPELLANT.

Judgment affirmed.

Mem. by SMITH, J.

---

IN THE MATTER OF THE APPLICATION OF THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY TO ACQUIRE LAND, ETC., v. JOSEPH FELLOWS AND OTHERS.

Order appealed from affirmed, with $10 costs of appeal, and disbursements. HARDIN, J., taking no part.

---

CATHARINE FORSYTH AND OTHERS, APPELLANTS, v. LAURA McCALL, RESPONDENT.

Judgment affirmed on report of Hon. Addison Gardiner, referee.